**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6058**

_____

MY'KA EL, a/k/a Michael Young,

        Plaintiff - Appellant,

    v.

CARLA N. ARCHIE, Individual and Official Capacity; SALLY SNYDER, Individual and Official Capacity; ROY COOPER, Individual and Official Capacity; STATE OF NORTH CAROLINA,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:24-cv-00617-MR)

_____

Submitted:  July 25, 2025                       Decided:  August 26, 2025

_____

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

My'Ka El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

My'Ka El appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 complaint pursuant to a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *El v. Archie*, No. 3:24-cv-00617-MR (W.D.N.C. Jan. 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*